# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL ORTEGA,<br><br>           Petitioner,<br><br>    vs.<br><br>FRANK X. CHAVEZ, Acting Warden,<br><br>           Respondent. | Case No. CV 13-01209-ODW (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 9-25-13

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE