SEP 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 9-27-13
DEPUTY CLERK

JS6 Entered
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL ORTEGA,<br><br>        Petitioner,<br><br>    vs.<br><br>FRANK X. CHAVEZ, Acting Warden,<br><br>        Respondent. | Case No. CV 13-01209-ODW (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 9-25-13

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1